**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| In re: D&D HOSPITALITY, LLC, | ) | Bankruptcy No. 11-83081-JAC-11 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | |
| D&D HOSPITALITY, LLC, as | ) | |
| Chapter 11 Debtor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AP No.: 11-80117 |
| | ) | |
| FIRST CITIZENS BANK, a California Corporation, | ) | |
| and NORTH TEXAS HOTEL GROUP, Ltd., a | ) | |
| Texas Limited Partnership (LP), | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

COMES NOW the plaintiff, D&D Hospitality, LLC, Chapter 11 debtor-in-possession, pursuant to FRBP Rule 7041 and FRCP 41(1)(A) and prior to the filing of an answer or any other pleading by the defendants, and gives notice of dismissal of this adversary proceeding without prejudice and with each party to bear its own costs.

Respectfully submitted this 14th day of October, 2011.

/s/ Tazewell Shepard
Tazewell Shepard
Kevin M. Morris
*Attorneys for Chapter 11 Debtor*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924

## CERTIFICATE OF SERVICE

This is to certify that I have this October 14, 2011 served the foregoing by electronic service through the Court's CM/ECF system and upon the following person and/or by depositing said copies in the U. S. Mail in properly addressed envelopes with adequate postage thereon:

| | |
|---|---|
| Richard Blythe, Esquire | Jesse S. Vogtle, Jr. |
| Office of the Bankruptcy Administrator | BALCH & BINGHAM LLP |
| P. O. Box 3045 | PO Box 306 |
| Decatur, AL 35602 | Birmingham, AL 35201 |

/s/ Tazewell Shepard
Tazewell Shepard